## VERIFICATION

I, Cody A. Nedved, under penalty of perjury, declare as follows:

I am the Plaintiff in the above-captioned action.  I have read the foregoing Complaint and authorized its filing.  Based upon the investigation of my counsel, the allegations in the Complaint are true to the best of my knowledge, information and belief.

DATED: ___7-7-10___

_____
Cody A. Nedved